In re Constance Love NORMAN,
Debtor.

James E. Love, Successor Trustee of the
Chaille M. Love 1989 Revocable Trust,
and Chaille M. Love, by James E.
Love, His Attorney in Fact, Plaintiffs,

v.

Constance Love Norman, Defendant.

Bankruptcy No. 02–38450.
Adversary No. 03P–2092.

United States Bankruptcy Court,
D. Utah,
Central Division.

July 7, 2005.

Steven R. Bailey, Ogden, UT, trustee.

### JUDGMENT

WILLIAM T. THURMAN, Bankruptcy
Judge.

Based upon the Court's **MEMORAN-
DUM DECISION GRANTING JUDG-
MENT IN FAVOR OF PLAINTIFF**, dat-
ed June 3, 2005, and good cause appearing,
the Court orders as follows:

1. Plaintiff's claim against Defendant is
   hereby determined to be **NON–DIS-
   CHARGEABLE.**

2. Plaintiff shall have and recover
   $992,086 principal; plus pre-judg-
   ment interest on the principal
   amount at the rate of 10% per an-
   num, commencing July 1, 1998, for
   total prejudgment interest through
   June 15, 2005 of $690,926.73; plus
   discovery sanctions of $5,066.00; for
   a total money judgment against De-
   fendant of **One Million, Six Hun-
   dred Eighty–Three Thousand
   Twelve Dollars and Seventy–Three
   cents ($1,683,012.73).**

3. Plaintiff is awarded his costs of suit
   pursuant to Bankruptcy Rule 7054.